Jonathan D. Jaffe (SBN 99022)
Jon.Jaffe@klgates.com
Rachel Chatman (SBN 206775)
Rachel.Chatman@klgates.com
**K&L GATES LLP**
4 Embarcadero Ctr., Suite 1200
San Francisco, CA 94111
Telephone:    (415) 882-8200
Facsimile:    (415) 882-8220

Attorneys for Defendants
World Savings Bank, F.S.B., now
known as Wachovia Mortgage F.S.B.
and Wachovia Mortgage Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT QUIROZ and DARLENE QUIROZ, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA MORTGAGE CORPORATION, a North Carolina Corporation, WORLD SAVINGS BANK, FSB., a Federal Savings Bank, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  C-09-01580 JW RS<br><br>FINDING AS MOOT<br>JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |

-1-
Printed on Recycled Paper
**Joint Stipulation to Extend Time to Respond to Complaint
CASE NO.: C-09-01580 JW RG**

1  Plaintiffs Vincent Quiroz and Darlene Quiroz (collectively "Plaintiffs") and Defendants
2  World Savings Bank, F.S.B., now known as Wachovia Mortgage F.S.B. and Wachovia Mortgage
3  Corporation (collectively "Defendants"), by and through their respective attorneys of record, hereby
4  stipulate to allow Defendants an extension, pursuant to L.R. 6-1(a) and 7-12, to answer or otherwise
5  respond to the Complaint. Plaintiffs and Defendants have agreed that Defendants must file an
6  answer or otherwise respond to the Complaint by Friday, May 8, 2009.

8  Dated: April 15, 2009

K&L GATES LLP

By: /s/ Rachel Chatman
Rachel Chatman
Attorneys for World Savings Bank, F.S.B., now known as Wachovia Mortgage F.S.B. and Wachovia Mortgage Corporation

14  Dated: April 14, 2009

THE LITIGATION LAW GROUP

By: /s/ Henry Chuang
Henry Chuang
Attorney for Plaintiffs Vincent Quiroz and Darlene Quiroz

20  It is so ordered.
The deadline has since passed and Defendants have filed a Motion to Dismiss the Complaint (Docket Item No. 6).  Plaintiff's have file a First Amended Complaint (Docket Item No. 9)

22  Dated: June 3___ 2009

/s/ James Ware
Hon. James Ware
U. S. District Court Judge