1  Jonathan D. Jaffe (SBN 99022)
   Jon.Jaffe@klgates.com
2  Rachel Chatman (SBN 206775)
   Rachel.Chatman@klgates.com
3  K&L GATES LLP
4  4 Embarcadero Ctr., Suite 1200
   San Francisco, CA 94111
5  Telephone:    (415) 882-8200
   Facsimile:    (415) 882-8220
6

7  Attorneys for Defendant Wachovia
   Mortgage F.S.B., formerly known as
8  World Savings Bank

*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
Judge James Ware

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT QUIROZ and DARLENE QUIROZ, as individuals,<br><br>   Plaintiffs,<br><br>v.<br><br>WORLD SAVINGS BANK, F.S.B.., a Federal Savings Bank, WACHOVIA MORTGAGE F.S.B., a Federal Savings Bank, and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No.  C-09-01580 JW<br><br>JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT |

Plaintiffs Vincent Quiroz and Darlene Quiroz (collectively "Plaintiffs") and Defendant Wachovia Mortgage F.S.B., formerly known as World Savings Bank, F.S.B., ("Defendant"), by and through their respective attorneys of record, hereby stipulate to allow Defendant an extension, pursuant to L.R. 6-1(a) and 7-12, to respond to Plaintiffs' First Amended Complaint. Defendant's time to file an answer or otherwise respond to the First Amended Complaint shall be extended until 10 court days after the Court rules on Wachovia's Motion to Dismiss Plaintiff's First Amended Complaint, unless the Court orders otherwise.

Dated: June 15, 2009

K&L GATES LLP

By: _____
Rachel Chatman
Attorneys for Wachovia Mortgage F.S.B., formerly known as World Savings Bank

Dated: June 12, 2009

THE LITIGATION LAW GROUP

By: _____
Brian McFarlin
Attorney for Plaintiffs Vincent Quiroz and Darlene Quiroz

It is so ordered.

Dated: June 16, 2009

_____
Hon. James Ware
U.S. District Court Judge

CASE NO.: C-09-01580 JW                -2-                        Printed on Recycled Paper
**Joint Stipulation to Extend Time to Respond to First Amended Complaint**